**Motions Disposed, Brief Stricken, and Order filed December 18, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00932-CR
_____

**SANDRA JEAN MELGAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1435566**

## ORDER

Appellant filed a brief of more than 97,000 words on December 6, 2018. She also filed a motion to exceed the 15,000-word limit of Texas Rule of Appellate Procedure 9.4(i)(2)(B). The motion is **DENIED** and the brief is **STRICKEN**.

Appellant shall file a brief that complies with the Texas Rules of Appellate Procedure, or a motion to extend time to file such a brief, on or before **January 17, 2019**. *See* Tex. R. App. P. 38.9(a).

On December 13, 2018, the State filed a motion to extend time to file its brief pending our resolution of appellant's motion to exceed the word limits. The State's motion is **GRANTED**. Subject to any extensions it may be granted, the State's brief will be due 30 days after appellant's amended brief is filed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jewell